UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. HARNDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>PEREZ, et al.,<br><br>        Defendants. | Case No. 21-cv-09231-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE** |

On February 15, 2022, the Court ordered Plaintiff to show cause why his request for leave to proceed *in forma pauperis* should not be denied pursuant to 28 U.S.C. § 1915(g). Dkt. No. 15. On March 2, 2022, the Court docketed a notice of change of address filed by Plaintiff and dated March 25, 2022. Dkt. No. 17. The Court has sent a copy of the February 15, 2022 order to show cause to Plaintiff's new address of record and will also *sua sponte* grant Plaintiff an extension of time to file his answer to the order to show cause. By April 8, 2022, Plaintiff shall show cause why his request for leave to proceed *in forma pauperis* should not be denied pursuant to the three strikes provision set forth in 28 U.S.C. § 1915. In the alternative, he may pay the $402.00 filing and administrative fee in full. Failure to respond in accordance with this order will result in dismissal of this action without further notice to Plaintiff pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: 3/7/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge