UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. HARNDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>PEREZ, et al.,<br><br>        Defendants. | Case No. 21-cv-09231-HSG<br><br>**ORDER REGARDING PLAINTIFF'S RECENT FILING** |

On March 11, 2022, the Court docketed a letter from Plaintiff in which he threatens the undersigned and the undersigned's family, uses profanity, insults the Court, and uses abusive language in expressing his disagreement with the Court's rulings. Dkt. No. 19. The Court will not tolerate abusive, threatening or insulting pleadings or behavior. Although Plaintiff is a *pro se* plaintiff, he is held to the same standards of decorum as all other parties who appear before this Court. Attorneys appearing in the Northern District of California are required to abide by the district's Guidelines for Professional Conduct. Plaintiff must also adhere to these guidelines and must behave with civility, professional integrity, personal dignity, candor, diligence, respect, courtesy, cooperation, and competence.[1] If Plaintiff fails to conduct himself according to these guidelines as directed in this order, he will be subject to appropriate sanctions, which could include dismissal or contempt sanctions under 18 U.S.C. § 401.

**IT IS SO ORDERED.**

Dated: 3/18/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] A copy of these guidelines will be sent to Plaintiff under separate cover.