UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. HARNDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>PEREZ, et al.,<br><br>        Defendants. | Case No. 21-cv-09231-HSG<br><br>**ORDER DENYING RENEWED REQUEST FOR RECONSIDERATION**<br><br>Re: Dkt. No. 23 |

    Plaintiff, an inmate at Mule Creek State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2022, the Court denied Plaintiff's leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) because he had at least three strikes dismissed that counted as strikes and because he had not plausibly alleged imminent danger of serious physical injury at the time that he filed this action. Dkt. No. 22 at 6-8. In this order, the Court also denied as moot his request for reconsideration under Fed. R. Civ. P. 59, 60 (Dkt. No. 21) because Fed. R. Civ. P. 59, 60 seek relief from judgment, and judgment has not yet been entered in this case. Dkt. No. 22 at 5-6.

    On the same day that the Court issued this order, Plaintiff mailed a pleading to the Court titled, "Why IFP Should Not Be Denied, Good Cause Reconsideration FRCP 60 and Objection." Dkt. No. 23. Plaintiff makes the same allegations that he has made in prior pleadings about having previously paid the full filing fee in a separate civil rights action, that judges have shown bias against him and disregarded the danger to his life; that he has been previously stabbed and assaulted at Mule Creek State Prison in 2018 and 2022; that he has been warned that he would be assaulted if he returned; that defendant Perez transferred him back to Mule Creek State Prison as an act of retaliation. Dkt. No. 23. To the extent that Plaintiff is arguing that he should not be

denied *in forma pauperis* status because he is at imminent risk of serious physical injury, these arguments were presented in earlier pleadings. The Court considered and rejected these arguments in its April 12, 2022 order denying leave to proceed *in forma pauperis*. Dkt. No. 22. If Plaintiff wishes to challenge the Court's denial of *in forma pauperis* status, the Northern District's Local Rules require that Plaintiff first obtain leave of court to file a motion for reconsideration because judgment has not yet been entered in this case. N.D. Cal. L.R. 7-9(b). To the extent that Plaintiff is seeking relief from judgment, that request is DENIED as moot as the Court has not entered judgment in this case.

This order terminates Dkt. No. 23. Plaintiff is reminded that he must pay the $402 filing and administrative fee in full by May 10, 2022 to proceed with this action. This action will otherwise be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:   4/25/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2